# KLEIN CIVIL RIGHTS

**Brett H. Klein, Esq., PLLC**
233 Broadway, Suite 1720
New York, New York 10279
T: (212) 335-0132 F: (212) 335-0571

February 18, 2026

**BY EMAIL**

The Honorable Jennifer E. Willis
United States Magistrate Judge
40 Foley Square
New York, NY 10007

    Re:  *Yanick Ramirez v. City of New York, et al.,* 24 CV 6603 (VSB)(JW)

Your Honor:

   I represent plaintiff, Yanick Ramirez, in the above referenced civil rights action. I write with defense counsel's consent to request that the deadline for the parties to file the Proposed Case Management Plan and Report of Rule 26(f) Meeting be enlarged from today to February 23, 2026. The reason for this request is that I am out of state this week on a family vacation and while a draft has been circulated, additional time is required to finalize it as I will be away until Sunday.

   Thank you for your consideration.

           Respectfully,

           *Brett Klein*

           Brett H. Klein

cc:  Jeffrey Noll, Esq. (by ECF)

> This request is GRANTED *nunc pro tunc.*
> For future requests, counsel is expected to comply with this Court's individual practices in civil cases at § I.C. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> February 20, 2026