**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

RAMIREZ,

Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

Defendants.

--------------------------------------------------------------X

**ORDER**

**24-cv-6603 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This case was commenced on August 31, 2024. See Dkt. No. 1. An electronic summons was issued as to Defendants Michael Boyle, Donald Frost, James Seder, Richard Shaw, and Nikolaos Stefopoulos (collectively, "Individual Defendants") by the Clerk of the Court on May 9, 2025. See Dkt. No. 14. The docket indicates that no further action has been taken by Plaintiff as to Individual Defendants since that date.

IT IS HEREBY ORDERED that Plaintiff submit a letter to the Court by **October 13, 2026** as to why Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that Defendant has been served, when and in what manner such service was made.

SO ORDERED.

DATED: New York, New York
October 6, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge