**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

RAMIREZ,

Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

Defendants.

---------------------------------------------------------------X

**ORDER**

**24-cv-6603 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On October 6, 2026, the Court ordered Plaintiff to submit a letter by October 13, 2026 explaining the status of service on Defendants Michael Boyle, Donald Frost, James Seder, Richard Shaw, and Nikolaos Stefopoulos (collectively, "Individual Defendants"). Dkt. No. 28. On October 13, 2026, Plaintiff requested an extension of time to update the Court on the status of service to October 27, 2026, which the Court granted. Dkt. Nos. 29, 34.

The October 27th deadline to file a letter in response to the Court's October 6 order has long passed. While the Court is aware that Plaintiff filed affirmations of service for Defendants Michael Boyle, Donald Frost, James Seder, and Nikolaos Stefopoulos (Dkt. No. 30–33), Plaintiff has provided no status update on whether Defendant Richard Shaw has been served. As a courtesy, Plaintiff's deadline to file his letter in compliance with the Court's October 6 order is extended to **November 20, 2026**.

SO ORDERED.

DATED: New York, New York
November 18, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge